IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGRI SYSTEMS,<br><br>          Plaintiff,<br><br>     v.<br><br>COAST GRAIN COMPANY,<br><br>          Defendant. | CV F 04-6530  AWI LJO<br><br>ORDER DENYING MOTION AS MOOT<br><br>(Document #6) |

     This action has been consolidated with case number CV F 02-6482 AWI LJO.  An administrative review of the docket in this action reveals that one motion has been administratively termed as an outstanding motion.  On April 27, 2005, Plaintiff filed a motion for pro hac vice counsel.  Plaintiff's request was incorrectly filed in this action instead of the consolidated case.  To address this administrative problem raised by a pending motion in this action, the court will resolve the motion at this time.  Because this case number has been closed, the motion has become moot.

     Accordingly, the court ORDERS that Plaintiff's April 27, 2005 motion for counsel is DENIED.

IT IS SO ORDERED.

**Dated:     March 31, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE